Hieda KEELER, Plaintiff–Appellant,

v.

Dr. Lawrence CHANG; Pariser Dermatology; Dr. Dennis Cruff; Hampton Sentara Surgery Specialists; Hampton Sentara Careplex; Dr. Bernie Skinner; Tidewater Diagnostic Imaging, Defendants–Appellees.

No. 15–2070.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 17, 2015.

Hieda A. Keeler, Appellant Pro Se. Rodney Seth Dillman, Hancock, Daniel, Johnson & Nagle, PC, Virginia Beach, VA; Dorinda Parkola Burton, Michael Todd Gerber, Poole Mahoney, PC, Virginia Beach, VA; Isaac Abraham McBeth, Rawls, McNelis & Mitchell, PC, Richmond, VA; Joseph Tedford McFadden, Jr., Rawls, McNelis & Mitchell, PC, Norfolk, VA, for Appellees.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda A. Keeler appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Keeler's informal brief does not challenge the basis for the district court's disposition, Keeler has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*